## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TARA BRYAN, | ) | Case No. 1:21-cv-00291 |
| | ) | |
| Plaintiff,, | ) | Judge J. Philip Calabrese |
| v. | ) | |
| | ) | Magistrate Judge Jonathan D. Greenberg |
| RCI, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **JUDGMENT**

The Court filed its Opinion and Order in this matter.

Accordingly, the Court dismisses this case pursuant to Rule 58 of

the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated:  November 19,  2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio